**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Inez Hunter,

      Plaintiff,                                  Civil No. 08-4980 (RHK/JSM)

vs.                                      **DISQUALIFICATION AND**
                                              **ORDER FOR REASSIGNMENT**

Ford Motor Company, et al.,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 25, 2008

                                                           s/Richard H. Kyle
                                                           RICHARD H. KYLE
                                                           United States District Judge