UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

INEZ HUNTER,                                          Case No. 08-CV-4980 (PJS/JSM)

      Plaintiff,

v.

FORD MOTOR COMPANY, CITI                              ORDER
FINANCIAL AUTO, HASTINGS
AUTOMOTIVE INC., DION CARPENTER,
DOUG ERICKSEN, and JOHN DOES I
through X,[1]

      Defendants.

---

Inez Hunter, pro se.

Brian L. Vander Pol, DORSEY & WHITNEY LLP, for defendant Ford Motor Company.

David K. Cole, III and Lucia Nale, MAYER BROWN LLP; Kelly W. Hoversten, GRAY PLANT MOOTY, for defendant Citi Financial Auto.

Mark Scholle, SCHOLLE LAW FIRM, LTD., for defendants Hastings Automotive, Inc., Dion Carpenter, and Doug Ericksen.

This matter is before the Court on the objection of plaintiff Inez Hunter to the July 28, 2010 Report and Recommendation ("R&R") of Magistrate Judge Janie S. Mayeron. Judge Mayeron recommends granting summary judgment in favor of all defendants and denying Hunter's summary-judgment motion as well as various other motions that Hunter has filed. The

---

[1]As Judge Mayeron noted in her R&R, two additional defendants were named in the body of Hunter's proposed amended complaint, though not in its caption: (1) Tony Feell, President of Citi Financial Auto, and (2) Alan Mulally, President and Chief Executive Officer of Ford Motor Company. *See* Proposed Am. Compl. ¶¶ 8, 15 [Docket No. 94-1]. This order disposes of Hunter's claims against Feell and Mulally.

Court has reviewed de novo those portions of the R&R to which Hunter has objected, as required by 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). The Court overrules Hunter's objection and adopts Judge Mayeron's thorough and well-reasoned R&R.

ORDER

Based on the foregoing and on all of the files, records, and proceedings herein, the Court OVERRULES Hunter's objection [Docket No. 216] and ADOPTS Judge Mayeron's Report and Recommendation [Docket No. 215]. Accordingly, IT IS HEREBY ORDERED THAT:

1. With respect to the motions of plaintiff Inez Hunter:

    a. Hunter's motion for summary judgment [Docket No. 131] is DENIED.

    b. Hunter's motion for sanctions [Docket No. 136] is DENIED.

    c. Hunter's "Motion and Request for Briefing Schedule/Hearing for a Permanent Injunction" [Docket No. 139] is DENIED.

    d. Plaintiff's motion for a citizen's arrest of Dion Carpenter [Docket No. 211] is DENIED.

2. The motion for summary judgment of defendants Citi Financial Auto and Tony Feell [Docket No. 156] is GRANTED.

3. The motion for summary judgment of defendant Ford Motor Company [Docket No. 171] is GRANTED.

4. The motion for summary judgment of defendants Hastings Automotive, Inc., Dion Carpenter, and Doug Ericksen [Docket No. 178] is GRANTED.

5. Plaintiff Inez Hunter's claims against all defendants are DISMISSED WITH PREJUDICE AND ON THE MERITS.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 23, 2010         s/Patrick J. Schiltz
                               Patrick J. Schiltz
                               United States District Judge